IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00254-RJC-DSC

| | |
|---|---|
| USA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     <u>ORDER</u> |
| | ) |
| DONDRIGUEZ LEVAR LOVE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 22), the Indictment, (Doc. No. 1).

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 22), is **GRANTED**, the Indictment, (Doc. No. 1), is **DISMISSED,** and the defendant may be **RELEASED** from custody on this case.

Signed: July 24, 2020

*/s/ Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge